AO 91 (Rev. 11/11) Criminal Complaint    **FELONY**

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*November 23, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jose Cindo | ) | Case No. 1:22-MJ-1115 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 22, 2022__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC § 841(a)(1) | Knowingly, willfully, and unlawfully possess with intent to distribute a controlled substance listed under Schedule II of the Controlled Substances Act, to wit; 5.5 kilograms of cocaine. |
| Title 21 USC § 846 | The defendant did knowingly and unlawfully conspire to possess with the intent to distribute the above listed 5.5 kilograms of cocaine. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andres Contreras, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1, on

Date: __11/23/2022__

City and state: __Brownsville, Texas__

*Judge's signature*

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*

1:22-MJ-1115

**ATTACHMENT A**

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts:

On November 22, 2022, HSI Harlingen Special Agents encountered Juan Jose Cindo at his residence in San Benito, Texas, while serving an arrest warrant pursuant to a cocaine smuggling indictment out of the District of South Carolina. Cindo granted agents consent to search his residence for narcotics. A K-9 alerted to the trained odor of narcotics in a hallway closet containing a vanity with make-up products; above the vanity was an open shelf where agents located a backpack containing 4 bricks of suspected cocaine. On the vanity chair was a hard sided travel case with more suspected cocaine. The contents of the backpack and travel case field tested positive for cocaine and weighed approximately 5.5 kilograms.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

_____
Andres Contreras, Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed. R. Crim. P. 4.1 on November 23, 2022).

_____
Judge's signature

Ignacio Torteya III, U.S. Magistrate Judge
_____
*Printed name and title*